IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JAMES LAMONT REID,
    Plaintiff,

v.                                       Civil No. 3:20cv450 (DJN)

UNKNOWN,
    Defendant.

**MEMORANDUM OPINION**

Plaintiff James Lamont Reid ("Plaintiff"), a Virginia inmate proceeding *pro se*, submitted a letter complaining about his conditions of confinement and asking for legal assistance. By Memorandum Order entered on June 29, 2020, the Court explained that it may not provide advice to litigants. (ECF No. 2.) However, the Court directed the Clerk to mail Plaintiff a standardized form for filing a 42 U.S.C. § 1983 complaint. The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within fourteen (14) days of the date of entry thereof, or the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b). More than fourteen (14) days have elapsed and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Let the Clerk file a copy of this Memorandum Opinion and send a copy to Plaintiff.

                                                               /s/
                                                    David J. Novak
                                                    United States District Judge

Richmond, Virginia
Date: July 31, 2020